IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:18-CR-00081-001 |
| | ) |
| | ) JUDGE PHILLIPS |
| CLAUDE ELVIS DIXON | ) |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Claude Dixon, and the defendant admits that he has violated his supervised release. An agreement has been reached between the parties recommending that Mr. Dixon's supervised release should be revoked and that he should receive a sentence of eighteen (18) months imprisonment with no supervised release to follow.

Mr. Dixon agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is III. The advisory guideline range is 5-11 months for "Grade C" violations which the Court has carefully considered. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while

taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of eighteen (18) months to be followed by no supervised release.

It is RECOMMENDED that Claude Elvis Dixon be placed in the Bureau of Prisons facility located in Manchester, Kentucky.

*Thomas W. Phillips*
Honorable Thomas W. Phillips
United States District Judge

APPROVED FOR ENTRY:

Cynthia Davidson by Jarrett Moffatt w/ permission
Cynthia Davidson
Assistant U.S. Attorney

Jonathan Moffatt
Attorney for Defendant

Claude Dixon
Claude Elvis Dixon
Defendant

Amber Wilson by Jarrett Moffatt w/ permission
Amber Wilson
U.S. Probation Officer